423 A.2d 1313

Commonwealth v. McCready, Appellant.

Argued June 19, 1979. Norris E. Gelman, for appellant; Sheldon Finklestein, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.